ASA BEACH, Appellant, *v.* NATHAN HARRINGTON, Respondent.

(Submitted April 17, 1872; decided April 23, 1872.)

*Chapman & Martin* for the appellant.

*McDowell & Edwards* for the Respondent.

Agree to affirm. No opinion.
Judgment affirmed, with costs.